```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                   CASE NO. 08 B 31850
    ZACHARY MATHEWS
                                         CHAPTER 13

                                         JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-3633


------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 11/20/2008 and was not confirmed.

     The case was dismissed without confirmation 02/04/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
AMERICAS SERVICING COMPA  MORTGAGE NOTI   NOT FILED            .00             .00
AMERICAS SERVICING COMPA  CURRENT MORTG         .00            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE ARRE    66459.80            .00             .00
HOME LOAN SERV/NATIONAL   CURRENT MORTG         .00            .00             .00
HOME LOAN SERV/NATIONAL   MORTGAGE ARRE     2867.86            .00             .00
DISCOVER FINANCIAL SERVI  UNSECURED         5296.95            .00             .00
HOME LOAN SERVICES  INC   CURRENT MORTG         .00            .00             .00
HOME LOAN SERVICES  INC   MORTGAGE ARRE    19975.48            .00             .00
AMERICAS SERVICING CO     CURRENT MORTG         .00            .00             .00
ALLIANCE ONE              UNSECURED       NOT FILED            .00             .00
COOK COUNTY TREASURER     SECURED          10000.00            .00             .00
COOK COUNTY TREASURER     UNSECURED       NOT FILED            .00             .00
MIDLAND LOAN              CURRENT MORTG         .00            .00             .00
MIDLAND LOAN              MORTGAGE ARRE    13000.00            .00             .00
MIDLAND LOAN              CURRENT MORTG         .00            .00             .00
MIDLAND LOAN              MORTGAGE ARRE    14124.00            .00             .00
CAPITAL MANAGEMENT SERVI  UNSECURED       NOT FILED            .00             .00
CHASE                     UNSECURED       NOT FILED            .00             .00
ECAST SETTLEMENT CORP     UNSECURED        9547.05             .00             .00
HSBC ORCHARD BANK         UNSECURED       NOT FILED            .00             .00
MEXTCARD                  UNSECURED       NOT FILED            .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
NICOR GAS                 UNSECURED       NOT FILED            .00             .00
SAMS CLUB                 UNSECURED       NOT FILED            .00             .00
WELLS FARGO BANK          UNSECURED       NOT FILED            .00             .00
AMERICAS SERVICING COMPA  MORTGAGE NOTI   NOT FILED            .00             .00
SHERRY L HOWARD           DEBTOR ATTY          .00                             .00
TOM VAUGHN                TRUSTEE                                              .00
DEBTOR REFUND             REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 31850 ZACHARY MATHEWS
```

```
PRIORITY                                                             .00
SECURED                                                              .00
UNSECURED                                                            .00
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                 ---------------      ---------------
TOTALS                                       .00                     .00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 03/05/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE